THEODORE TEITELBAUM, Respondent, *v.* STANLEY J. HALLE et al., Individually and as Copartners under the Name of HALLE & STIEGLITZ, Appellants.

(Argued April 25, 1934; decided July 3, 1934.)

*Osmond K. Fraenkel* and *Charles H. Levitt* for appellants. *Mortimer S. Gordon, Herman Keller* and *Abraham P. Wilkes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE and LEHMAN, JJ.